Exhibit 1

# United States of America
## United States Patent and Trademark Office

# Girls Gone Skiing

**Reg. No. 7,121,164**
**Registered Jul. 25, 2023**
**Int. Cl.: 16**
**Trademark**
**Principal Register**

Cimperman, Wayne (UNITED STATES INDIVIDUAL)
2190 NW RESERVE PARK TRACE
UNIT #2
Port Saint Lucie, FLORIDA 34986

CLASS 16: Posters made of paper; Mounted printed posters; Printed posters; Printed advertising posters; Unmounted printed posters

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-470,540, FILED 06-22-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

