**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WAYNE CIMPERMAN,

    Plaintiff,                                                                                           Case No.: 1:26-cv-01860

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | 庄孔添 |
| 2 | Stellar Finds FAST |
| 3 | 邢凋商贸 |
| 4 | Alpacauli Poster |
| 5 | YINGZHIO local |
| 6 | cchic |

1